UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MYKAYLA FAGNANI, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiffs,

        v.

SEPM MARKETING, INC.,

        Defendant.

------------------------------------- x

No.: 1:22-cv-10081

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), MYKAYLA FAGNANI, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, SEPM MARKETING, INC., with prejudice and without fees and costs.

Dated: New York, New York
       March 7, 2023

                              **GOTTLIEB & ASSOCIATES**

                              */s/Michael A. LaBollita, Esq.*

                              Michael A. LaBollita, Esq., (ML-9985)
                              150 East 18th Street, Suite PHR
                              New York, NY 10003
                              Phone: (212) 228-9795
                              Fax: (212) 982-6284
                              Michael@Gottlieb.legal

                              *Attorneys for Plaintiffs*

SO ORDERED:

*[signature: Katherine Polk Failla]*
_____
United States District Judge

Dated:   March 8, 2023
         New York, New York